Adam B. Nach – 013622
Jonathan C. Simon - 029750
**LANE & NACH, P.C.**
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: jonathan.simon@lane-nach.com

*Attorneys for Diane M. Mann, Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MABLE ROCKETT,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:17-bk-10909-BKM<br><br>**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS** |

Diane M. Mann, Trustee ("**Trustee**"), by and through undersigned counsel, for her Objection to Debtor's Claimed Exemptions, respectfully represents as follows:

1. This case was commenced by voluntary petition filed by Mable Rockett ("**Debtor**") on September 15, 2017 ("**Petition Date**").

2. Trustee is the duly qualified and acting Trustee of the Chapter 7 Estate.

3. The § 341 meeting of creditors was held on January 19, 2018.

4. Pursuant to Debtor's Schedule A/B, Debtor claims an interest in the following vehicles (collectively "**Vehicles**"):

    a. 2000 Nissan pick-up;

    b. 1998 Mercedes E300; and

    c. 2000 Toyota Camry [DE 6 pp. 2-3].

5. Pursuant to Debtor's Schedule C, Debtor claims an exemption in "My Cars" in the amount of $5,800.00, but does not reference an exemption statute [DE 6 p. 10].

6. A.R.S. § 33-1125(8) afford Debtor an exemption in "[e]quity in one motor vehicle not in excess of six thousand dollars."

7. Assuming Debtor intended to reference A.R.S. § 33-1125(8), she may not claim an exemption in more than one vehicle.

8. Trustee therefore objects to Debtor's claimed exemption in the Vehicles.

WHEREFORE, Diane M. Mann, Trustee, respectfully requests that this Court enter its Order Sustaining this Objection to Debtor's Claimed Exemptions, and, for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 2nd day of February, 2018.

**LANE & NACH, P.C.**

By: */s/ Adam B. Nach – 013622*
    Adam B. Nach
    Jonathan C. Simon
    *Attorneys for Trustee*

A COPY of the foregoing was delivered
via first class mail to:

Mable Rockett
8131 W. Glenrosa
Phoenix, AZ 85031
*Debtor, Pro Se*

A COPY of the foregoing delivered
via electronic notification to:

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Renee.S.Shamblin@usdoj.gov

By: */s/ Debbie McKernan*