# UNITED STATES BANRUPTCY COURT
## DISTRICT OF ARIZONA

FILED USBC CLRK PHX
2018 FEB 9 AM 10:34

MABLE ROCKETT                )      (CHAPTER 7 CASE)
8131 W. Glenrosa            )      2:17-bk-10909BKM
Phoenix, AZ 85033          )      ANSWER TO TRUSTEE'S
Debtor                     )      OBJECTION TO DEBTOR'S
                              )      CLAIMED EXEMPTIONS

LANE & NACH, PC
2001 E. Campbell Ave Suite 103
Phoenix, AZ 85016
Attorney for Trustee DIANE M. MANN THE ESQUIRE

February the 9th 2018

Dear Judge:

I am asking you to deny TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS.

1. Please don't punish me for doing what Trustee Diane M. Mann the Bankruptcy Trustee Esquire told me to do. Trustee Diane M. Mann the Bankruptcy Trustee Esquire told me to send to her an amended Form Schedule 106C 'Property you want to keep' showing I only wanted to keep the 2000 Nissan Truck VIN 1N6DD26S2YC397888. I mailed the amended Form Schedule 106C 'Property you want to keep' to her on December the 27th 2017.

2. The amended Form Schedule 106C 'Property you want to keep' has been on file at your Court Clerk's Office since December the 27th 2017. I don't know if Trustee Diane M. Mann the Bankruptcy Trustee Esquire forgot to tell the $350 per hour Lane & Nach, PC Esquires that the amended Form Schedule 106C 'Property you want to keep' was on file at your Court Clerk's office. Or if they forgot she told them. Or, if Lane & Nach, PC Esquires did not read the papers

in my bankruptcy case before it filed TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS.

I sent the amended Form Schedule 106C 'Property you want to keep' on December the 27th 2017. Trustee Diane M. Mann the Bankruptcy Trustee Esquire told me to send it to her by regular US Postal Service Mail. She said, "don't sent it certified". I did not feel comfortable sending the amended Form Schedule 106C 'Property you want to keep' by regular mail. So, to protect myself, I also gave a copy of amended Form Schedule 106C 'Property you want to keep' to your Court Clerk.

Dear Judge, I am giving you a copy of the amended Form Schedule 106C 'Property you want to keep'. It is from your Court Clerk's office. The Form Schedule 106C 'Property you want to keep' is in my ANSWER TO TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS. The Form Schedule 106C 'Property you want to keep' has the Court Clerk's stamp on it.

I only have a in the real world 'interest' in the 2000 Nissan Truck VIN 1N6DD26S2YC397888.

Presto Title Loan Company, 2641 W. Indian School Rd, Phoenix, AZ 85017 has a $1,402.00 Lien on the Toyota Camry VIN JT2BG28K6Y0384876. I am giving you a copy of their paperwork in this ANSWER TO TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS. The Presto Title Loan Company Lien has been on file in your Court Clerk's Office since December the 27th 2018. I attached it to the Form Schedule 106C 'Property you want to keep'.

MPBerry Consultants 3001 W. Indian School Road, Suite 301 Phoenix, AZ 85017 has a $2850.00 Lien on the Mercedes Benz VIN WDBJF65F2WA599522. I am giving you a copy of

Case 2:17-bk-10909-BKM    Doc 42    Filed 02/09/18    Entered 02/09/18 10:40:04    Desc
Main Document    Page 2 of 10

their paperwork in my ANSWER TO TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS. The MPBerry Consultants' Lien has been on file in your Court Clerk's Office since December the 27th 2018. I attached it to the Form Schedule 106C 'Property you want to keep'

Dear Judge,

1. I did everything Trustee Diane M. Mann the Bankruptcy Trustee Esquire told me to do concerning Form Schedule 106C 'Property you want to keep'. I also gave a copy to your Court Clerk.

2. All of the things that Trustee Diane M. Mann the Bankruptcy Trustee Esquire and Lane & Nach, PC talked about in their TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS were fixed by me as I was told to do by Trustee Diane M. Mann the Bankruptcy Trustee Esquire. The things were fixed before their TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS was filed in your Court.

Dear Judge, I am asking you to deny TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS.

Thank you so much for listening to me.

Mable Rockett

Yes Dear Judge, I will mail a copy of this paper to Trustee Diane M. Mann the Bankruptcy Trustee Esquire and Lane & Nach, P.C lawyer Esquire on February the 9th 2018.

FEBRUARY 8TH 2018
CASE NUMBER 2:17-bk-10909 BKM

TO: DIANE M. MANN, BANKRUPTCY TRUSTEE The ESQUIRE

FROM: MABLE Rockett, The DEBTOR

DEAR TRUSTEE DIANE M. MANN The ESQUIRE, YOU TOLD ME TO
GIVE YOU THE CORRECT FORM Schedule 106C PROPERTY YOU
CAN CLAIM AS EXEMPT.

YOU TOLD ME TO SEND TO YOU BY REGULAR U.S. POSTAL MAIL.
YOU SAID "DO NOT SEND BY CERTIFIED MAIL".

I THOUGHT IF I SENT it BY REGULAR U.S. POSTAL MAIL,
I WOULD NOT HAVE PROOF THAT I SENT IT.

So, I FILED A COPY OF THE FORM Schedule 106C WITH the
COURT CLERK ON December 27 2017.

THIS A COPY OF THE FORM Schedule 106C THAT I GOT
FROM YOUR COURT CLERK.

I AM GLAD I HAVE THE COURT CLERK'S COPY OF THE

FORM Schedule 106C THAT I SENT BY REGULAR U.S.
POSTAL MAIL TO YOU.

THANK YOU SO MUCH
        Mable Rockett
    MABLE ROCKETT

| 10/25/2017 | | 10/27/2017) |
|---|---|---|
| 11/15/2017 | ●26 (1 pg) | Updated Address for Creditor(s): WELLS FARGO CREDIT LINE filed by MABLE ROCKETT. (Bryant, Renee) (Entered: 11/16/2017) |
| 11/15/2017 | ●27 (1 pg) | Updated Address for Creditor(s): N.M.P AND WENDY MOORE filed by MABLE ROCKETT. (Bryant, Renee) (Entered: 11/16/2017) |
| 11/21/2017 | ● | Continuance of Meeting of Creditors on 12/15/2017 at 10:30 AM at US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ (341-PHX). (MANN, DIANE) (Entered: 11/21/2017) |
| 12/15/2017 | ● | Continuance of Meeting of Creditors on 1/19/2018 at 11:00 AM at US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ (341-PHX). (MANN, DIANE) (Entered: 12/15/2017) |
| 12/20/2017 | ●28 (2 pgs; 2 docs) | Trustee Notice to Abandon Property filed by DIANE M. MANN on behalf of DIANE M. MANN.(MANN, DIANE) (Entered: 12/20/2017) |
| 12/20/2017 | ●29 (2 pgs) | BNC Certificate of Notice - PDF Document (related document(s)28 Trustee Notice to Abandon Property) (Admin.) (Entered: 12/22/2017) |
| 12/27/2017 | ●30 (5 pgs) | Amendment to Schedules (A/B,C,G,H,I,J) C filed by MABLE ROCKETT. (related document(s)6 Schedules and Statements) (Bryant, Renee) (Entered: 12/28/2017) |
| 01/22/2018 | ●31 (4 pgs) | Trustee Application to Employ *Attorney / Declaration of Attorney* filed by ADAM B NACH of LANE & NACH PC on behalf of DIANE M. MANN. (NACH, ADAM) (Entered: 01/22/2018) |
| 01/22/2018 | ●32 (1 pg) | Notice of Lodging Proposed Order *Authorizing Trustee to Employ Attorney* filed by ADAM B NACH of LANE & NACH PC on behalf of DIANE M. MANN (related document(s)31 Application to Employ).(NACH, ADAM) (Entered: 01/22/2018) |
| 01/23/2018 | ●33 (1 pg) | **ORDER** Granting Application to Employ (Related Doc # 31) signed on 1/23/2018 . (Colasont, Kayla) (Entered: 01/23/2018) |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Mable | | Rockett |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Arizona

Case number (If known) **17 bk 10909**

FILED USBC CLRK PHX
2017 DEC 27 AM 10:58

☒ Check if this is an amended filing

*26 Dec 2017*

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **My Home**<br>Line from *Schedule A/B*: _____ | $110,000 | ☐ $ 110,000<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **1998 Nissan Truck**<br>Line from *Schedule A/B*: _____ | $1800 | ☐ $ 1,800<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐ No

   　　☐ Yes

Case 2:17-bk-10909-BKM    Doc 42    Filed 02/09/18    Entered 02/09/18 10:40:04    Desc
Main Document    Page 6 of 10

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

Dealer Services

## MVR - SECURITY PAWN

*Rockett 17bk 10909*

View EZMVR Results

### MVR

**VIN** JT2BG28K6Y0384876
**Driver License/Customer Number** A00386633

## ARIZONA MOTOR VEHICLE RECORD AS OF 12/15/2017

| | | | |
|---|---|---|---|
| **PLATE** BPV0489 - 001 | **TAB** BPV0489 | **CAT** A | **VIN** JT2BG28K6Y0384876 |
| **MAKE** TOYOT | **YEAR** 2000 | **VST** 4DSD | **FLP** 020288 |
| **GVW** 000000 | **FUEL** G | **MFR** OCT 1999 | **EXP** SEP 30 2019 |
| | **PRD** | **FNED** | **TRP IN PROGRESS** NO |

| **TITLE** | **ST** | **DATE** | **FILM** | **ELT** | **OD** | **CODE** |
|---|---|---|---|---|---|---|
| 635M016005174 | AZ | | R005635M60 | | 0184865 | A |

| | **CUST/DL#** | **NAME** | **LEGAL STATUS** |
|---|---|---|---|
| **OWNER1** | A00386633 | MABLE,MOORE,ROCKETT | |
| **OWNER2** | | | |

| | | **CITY** | **ST** | **ZIP** | **CO** |
|---|---|---|---|---|---|
| **M/ADR** 8131 W GLENROSA AVE | | PHOENIX | AZ | 850332311 | 07 |
| **L/ADR** | | | | | 00 |

**COMMENTS**

| | **CUST/DL#** | **NAME** | | **DATE** | **LEGAL STATUS** |
|---|---|---|---|---|---|
| **LIEN1** | E00084870 | PRESTO AUTO LOANS | | 12262015 | |
| **ADR** | 2641 W INDIAN SCHOOL RD | PHOENIX AZ | 850174304 | | |
| **LIEN2** | | | | DATE | LEGAL STATUS |
| **ADR** | | | | | |
| **LIEN3** | | | | DATE | |
| **ADR** | | | | | |

```
RUN  DATE: 12/15/17              WEST  PHOENIX          STATUS CODE: S
VENDOR ID: RW3               LEDGER CARD PRINT
ACCOUNT: T07869        **** MV-4 ****
    NAME: ROCKETT, MABLE            CONTRACT AMT:      2,000.00
 SPOUSE:                               OVER:              1.92
ADDRESS: 8131 W GLENROSA AVE       PAYMENT AMT:        208.08
         PHOENIX        AZ  85033  PAYMENT DATE:      12/30/17
VEHICLE: 00 TOYOT                  **CR**: BNR           NR:    9
    HM#:              WK#:             WK#:
```

```
*------------- TRANSACTION INFO -------------*                 PRIN      UNPAID
CD   DATE      REFERENCE:DESCRIPTION      AMOUNT  COLL   INTRST  APPLY    BALANCE

     05/09/17  BEGIN BALANCE                                             2000.00
               MET 11
50  06/23/17   06/23/17:CK#2018~SK        208.08         149.99  58.09   1941.91
50  07/28/17   07/23/17:CK#2345~JMS       100.00         100.00   0.00   1941.91
50  08/10/17   07/23/17:CK#8868~GOM       108.08  5.00    55.34  47.74   1894.17
99  08/14/17   08/30/17:FIT PAYDAYS                                      1894.17
50  08/30/17   08/30/17:CK#2485~SK        108.90          63.13  45.77   1848.40
50  09/08/17   08/30/17:CK#2482~MR        100.00          27.72  72.28   1776.12
50  09/21/17   09/30/17:CK#8869~JMS       108.00          38.48  69.52   1706.60
50  10/05/17   09/30/17:CK#2400~AFH       100.00  5.00    39.82  55.18   1651.42
50  10/31/17   10/30/17:CK#2402~NG        110.00          71.56  38.44   1612.98
50  11/08/17   10/30/17:CK#3467~AFH       100.00          21.50  78.50   1534.48
50  11/30/17   11/30/17:CK#2403~JMS       100.00          56.26  43.74   1490.74
50  12/08/17   11/30/17:CK#3472~JMS       108.08          19.87  88.21   1402.53
               MET 11

               COLLECTION DUE       .00
             UNCOLLECTED INTEREST   .00
```

**PHOENIX, ARIZONA  85017**
**(623) 202-3850  FAX (888) 405-2303**

**SECURED PROMISSORY NOTE/LOAN AGREEMENT/DEMAND**

$ *3,000.00* **(Amount of Note/Loan) This Note is the entire agreement.**

This Promissory Note (Note) is made and is effective this *14TH* day of *NOVEMBER* *2016*, between MPBERRY & ASSOCIATES PROFESSIONAL CONSULTANTS (LENDER), and *MABLE ROCKETT* (Borrower) ID Number _____
Address *8131 W. GLENROSA* *Phoenix, AZ 85033*
Telephone *602 670 8923* email _____

*MR.* **Promise of Payment**
For value received, the Borrower agrees to pay to the Lender at 3001 W. INDIAN SCHOOL ROAD PHOENIX, ARIZONA the principal amount of $ *3,000.00* plus a flat fee of $ *600.00* .

*MR.* **Payment Schedule**
Borrower shall pay the sum of $ *150.00* per month for *24* consecutive months beginning on the *1st* day of *December 2016* and continue until the total balance due $ *3,600.00* is paid in full.

*MR.* **Total Balance due on Demand**
At the option of the Lender: (a) **if the Borrower <u>fails to make any timely payment</u>, the entire balance will become due without any further notice.** (b) Lender my seize any property assigned as security. (c) The Lender may deliver a notice stating (1) Balance due, (2) the Loan is in default, and (3) Property assigned as collateral is seized as cited in Paragraph 3 of this Note.

*MR.* **Legal and Collection Expenses**
In the event of a Default, (a) any property assigned to Lender by Borrower as Security for this Note will be deemed as wholly owned by the Lender.  (b) If the Property seized by Lender has a value that exceeds the Balance owed by the Borrower, Lender retains ownership of the Property. (c) Any expenses incurred by the Lender to collect the full payment of this Note will be paid by the Borrower

*MR.* **This Promissory Note is Secured by**
*1998 Mercedes Benz / E320 WDBJF652WA599522*

*MPBerry*
LENDER/                                    Date *NOV 14, 2016*
*Mahlon Rockett*
BORROWER                                   Date *NOV 14, 2016*

**OFFICIAL SEAL**
**CLEVELAND MITCHELL**
Notary Public - Arizona
MARICOPA COUNTY
My Commission Expires
**SEPTEMBER 7, 2020**

State of Arizona
County of Maricopa
Sworn to (or affirmed) and subscribed before me this *14TH* day of *November 2016*
By *MABLE ROCKETT*
*Cleveland Mitchell*
Notary Public        My Commission expires *September 7 2020*

ORIGINAL