IT IS HEREBY ADJUDGED and
DECREED this is DENIED.

Dated: March 13, 2018

Brenda K. Martin, Bankruptcy Judge

2

# UNITED STATES BANRUPTCY COURT
# DISTRICT OF ARIZONA

FILED USBC CLRK
2018 MAR 9 PM 2:01

| | | |
|---|---|---|
| MABLE ROCKETT | ) | CHAPTER 7 |
| 8131 W. Glenrosa | ) | 2:17-bk-10909BKM |
| Phoenix, AZ 85033 | ) | DEBTOR'S REQUEST TO |
| Debtor | ) | MAKE TRUSTEE AND ATTORNEY |
| | ) | FOR TRUSTEE TO GIVE WRITTEN |
| | ) | RECORD OF THEIR TALKS |
| LANE & NACH, PC | | |
| 2001 E. Campbell Ave Suite 103 | | |
| Phoenix, AZ 85016 | | |
| Attorney for Trustee DIANE MANN THE ESQUIRE | | |

DEBTOR'S REQUEST TO MAKE TRUSTEE AND ATTORNEY FOR TRUSTEE
GIVE WRITTEN RECORD SO IT CAN BE PART OF COURT PAPERS ABOUT THEIR
TALKS ABOUT WHY THEY NEED A $350 PER HOUR LAWYER
FOR THE MARCH THE 20th HEARING

March the 9th 2018

Dear Judge:

Duly Qualified Trustee Diane M. Mann the Esquire decided that a $350 lawyer is needed for my simple Bankruptcy case. They should bring a written record of all their talks, emails, texts, faxes, phone calls and any other way they made messages to each other. They should have a specific written record to show why they need a lawyer. The only thing they did so far is click a button to put my name on the Application to Employ Attorney/Declaration of Attorney and send it to you.

I believe that Duly Qualified Trustee Diane M. Mann the Esquire can do my Bankruptcy all by herself.

What makes my bankruptcy so special?

Page 1 of 2

In the Case Trustee's Application to Employ Attorney/Declaration of Attorney, Lane & Nach, P.C say they do 'practices in corporate reorganization'. Trustee and her Attorney's written records must show specifics was to why a lawyer who do bankruptcy for Amazon, General Motors, Microsoft and Wells Fargo is needed for my simple case.

Dear Judge, please make them bring the written record of all their talks, emails, texts, faxes, phone calls to the March 20th 2018 hearing so you and me can see the record and put it in the bankruptcy file in your Court Clerk Office.

Thank you so much

*[signature]*
Mable Rockett (602) 670-8923

Yes I will mail a copy of this paper to Duly Qualified Trustee Diane M. Mann the Bankruptcy Trustee Esquire and Lane & Nach, P.C lawyer Esquire on March the 9th 2018.

**DENIED**